# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHAWN GORDON,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, ET AL.,

    Defendants.

Case No. CV 15-5537 DMG (PLAx)

**JUDGMENT**

On August 28, 2017, this Court having granted Defendant U.S. Bank National Association's motion for summary judgment [Doc. # 78], and on September 21, 2017, this Court having dismissed Defendant Old Republic Default Management Services for lack of prosecution,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant U.S. Bank National Association and against Plaintiff Shawn Gordon.

**IT IS SO ORDERED.**

DATED: September 21, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-